# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YORDANY RODRIGUEZ MARMOL,<br><br>            Petitioner,<br><br>      v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>            Respondent. | Case No. 5:25-cv-2236-DSF-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus as Moot,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: November 14, 2025

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE